AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Alex Abinai Gonzalez-Morales | ) Case No. 4:25-mj-114 |
| Defendant | ) |

*RECEIVED 2025 MAY 14 PM 4:42 U.S. MARSHAL SIOUX FALLS, SD*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alex Abinai Gonzalez-Morales,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
USe of Fraudulent Identification Documents         18 U.S.C. § 1546(b)(1)

Date: 05/14/2025

_____
*Issuing officer's signature*
Veronica L. Duffy
Matthew W. Thelen, Clerk of Court /VLD
*Printed name and title*

City and state: Sioux Falls, South Dakota

---

### Return

This warrant was received on *(date)* 5/14/25, and the person was arrested on *(date)* 5/15/25
at *(city and state)* MADISON, SD.

Date: 5/15/25

_____
*Arresting officer's signature*
BRIAN GOUHART  HSI SA
*Printed name and title*

emailed USMS
dp